IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-00220-01/02-CR-W-DW |
| | ) | |
| JOSEPH GUARINO | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DONNIE GUARINO, | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL ORDER OF FORFEITURE**

This matter is before the Court on the Motion of the United States for a Final Order of Forfeiture. On April 11, 2005, and September 15, 2006, this Court entered Preliminary Orders of Forfeiture forfeiting the following property to the United States:

> 2003 Chevrolet Extended Cab pick-up truck,
> VIN: 2GCEC19T131189587; and
>
> $7,260 in United States currency.

Pursuant to the Court's Preliminary Order of Forfeiture, notice of the forfeiture of the above-described property was published in *The Liberty Tribune*, a daily newspaper of general circulation published in Clay County, Missouri on November 2, 2006, November 9, 2006, and November 16, 2006. There were no claimants who properly perfected a claim to the subject property within thirty days from the earlier of the date of last publication of notice or of receipt of actual notice. Therefore, any other persons claiming any right, title or interest in or to the above-described property are held to be in default.

Based upon the plea agreement and guilty plea, the Court finds that the defendants Donnie and Joseph Guarino had an interest in the property that is subject to forfeiture pursuant to 21 U.S.C. § 853.

Accordingly, it is hereby ORDERED:

1. Plaintiff's Motion for a Final Order of Forfeiture is hereby granted, and the above-described property is hereby forfeited to the United States pursuant to 21 U.S.C. § 853, and is to be disposed of according to law.

2. All other persons claiming any right, title, or interest in or to the above-referenced property are held in default.

3. The claims and interests of any other persons or parties are forever foreclosed and barred.

4. The Court shall retain jurisdiction to enter any orders necessary to amend or enforce this order.

Date: January 22, 2007         /s/ DEAN WHIPPLE
                               Dean Whipple
                               United States District Judge

2